United States District Court
Southern District of Texas
**ENTERED**
July 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BALDWIN, | § | |
| Plaintiff. | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-03921 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ET AL., | § § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 4, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 25. On June 8, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 26) recommending that Great American E&S Insurance Company's ("Great American") Rule 12(b)(1) Motion to Dismiss ("Motion to Dismiss") (Dkt. 22) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 26) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Great American's Motion to Dismiss (Dkt. 22) is **GRANTED**. Great American is dismissed from this case.

It is so **ORDERED**.

SIGNED and ENTERED this 23rd day of June, 2020.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE