United States District Court
Southern District of Texas
**ENTERED**
March 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BALDWIN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-03921 |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION, SYSTEMS, INC., | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 8, 2021, Defendants' Motion for Final Summary Judgment (Dkt. 32) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 41. On March 1, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 44) recommending that Defendants' Motion for Final Summary Judgment (Dkt. 32) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 44) is **APPROVED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Motion for Final Summary Judgment (Dkt. 32) is **GRANTED**; and

(3) A final judgment will be entered dismissing this case in its entirety.

It is so **ORDERED**.

SIGNED and ENTERED this 16th day of March 2021.

	*George C. Hanks Jr.*
	GEORGE C. HANKS, JR.
	UNITED STATES DISTRICT JUDGE